40 A.3d 1230

Reginald HAWKINS, Appellant

v.

PA. DEPARTMENT OF CORRECTIONS OF
S.C.I.-HUNTINGDON, R.W. Lawler, ex
rel., PA Parole Board, Appellees.

Supreme Court of Pennsylvania.

March 26, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, the Order of the Commonwealth Court is **AFFIRMED.**